SSA
F.# 2020R01032

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

JOEY DUNN,

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

Clerk's Office
Filed Date: 5/5/21

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW
YORK
BROOKLYN OFFICE

P R O P O S E D   O R D E R

CR 21-180 (WFK)

Upon the application of MARK J. LESKO, Acting United States Attorney for the

Eastern District of New York, by Assistant United States Attorney Samantha Alessi, for an order

unsealing the above-captioned matter in its entirety.

WHEREFORE, it is ordered that the above-captioned matter in its entirety be

unsealed.

Dated:    Brooklyn, New York
          May 4_____, 2021

_____
HONORABLE PEGGY KUO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK