

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SSA
F. #2020R01032

*Select Street Address*
*Select City & State*

May 4, 2021

By E-mail

The Honorable Peggy Kuo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Joey Dunn
                Criminal Docket No. 21-180 (WFK)

Dear Judge Kuo:

      The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

                      Respectfully submitted,

                      MARK J. LESKO
                      Acting United States Attorney

      By:    /s/
              Samantha Alessi
              Assistant U.S. Attorney
              (718) 254-6099

Enclosure

cc:    Clerk of Court (by ECF)